# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JAMES WILLIAM KIST,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2959
_____

February 13, 2026

Appeal from the Circuit Court for Pasco County; Gregory G. Groger, Judge.

Blair Allen, Public Defender, and Maria Clarke, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and NORTHCUTT and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior publication.